Siegmund Y. Gutman (SBN 269524)
  sgutman@proskauer.com
Scott P. Cooper (SBN 96905)
  scooper@proskauer.com
Shawn S. Ledingham, Jr. (SBN 275268)
  sledingham@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 557-2900
Fax: (310) 557-2193

John R. Labbe (PHV)
Kevin M. Flowers (PHV)
Thomas Burns (PHV)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
Phone: (312) 474-6300

E. Anthony Figg (PHV)
Joseph A. Hynds (PHV)
Jennifer Nock (PHV)
Brett A. Postal (PHV)
ROTHWELL, FIGG, ERNST, & MANBECK, P.C.
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001
Phone: (202) 783-6040

Attorneys for Defendant AMGEN INC.

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMGEN INC., <br><br> Defendant. | Case No. 2:24-cv-00264-JWH-E <br><br> **AMGEN'S NOTICE OF RULING BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Pursuant to the Court's March 27, 2024 Order (ECF No. 102), Defendant Amgen Inc. hereby provides the Court notice of the attached decision of the Judicial Panel on Multidistrict Litigation.

Dated: April 12, 2024

PROSKAUER ROSE LLP
Siegmund Y. Gutman
Scott P. Cooper
Shawn S. Ledingham, Jr.

By: /s/ *Siegmund Y. Gutman*
    Siegmund Y. Gutman

MARSHALL, GERSTEIN & BORUN LLP
John R. Labbe
Kevin M. Flowers
Thomas Burns

ROTHWELL, FIGG, ERNST, & MANBECK, P.C.
E. Anthony Figg
Joseph A. Hynds
Jennifer Nock
Brett A. Postal

AMGEN INC.
Wendy Whiteford
Eric Agovino
Pauline Pelletier

Attorneys for Defendant AMGEN INC.

AMGEN'S NOTICE OF JPML RULING